ARMAND FRIED, ESQ.
Nevada Bar No. 10590
8668 Spring Mountain Road, Suite 102
Las Vegas, NV 89117
Telephone (702) 835-1747
Facsimile (702) 220-7036
Armandfried@msn.com;
Attorney for Defendant Aargon Agency, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SHALLAN ST. JUSTE,<br><br>  Plaintiff,<br><br>vs.<br><br>AARGON AGENCY, INC., and Does 1-10, inclusive,<br><br>  Defendants. | Case No.: 2:13-cv-00871-RCJ-PAL<br><br>DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.1-1 |

Pursuant to Local Rule 7.1-1, the undersigned counsel for defendant states as follows:

1) Defendant has no knowledge of any person, attorney, association of persons, firm, law firm, partnership and/or corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own more than 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case.

2) Defendant Aargon Agency, Inc. is not a publicly traded company.

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor or members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known at this time.

4. The name of each victim (individual or corporate) of civil or criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None known at this time.

I HEREBY CERTIFY THAT, other than as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge or magistrate judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Dated: July 29, 2013

/s/ Armand Fried
ARMAND FRIED, ESQ.
Nevada Bar No. 10590
8668 Spring Mountain Road, Suite 102
Las Vegas, NV 89117
Telephone (702) 835-1747
Facsimile  (702) 220-7036
Armandfried@msn.com;
Attorney for Defendant Aargon Agency, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve a copy of the foregoing to Plaintiff via the Court's CM/ECF system this July 29, 2013.

/s/ Armand Fried
Armand Fried, Esq.