# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHALLAN ST. JUSTE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-00871-JAD-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| AARGON AGENCY, INC., | ) | (Mot Subst Atty - Dkt. #16) |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Motion to Substitute Attorney (Dkt. #16) filed December 20, 2013. It seeks to substitute Mark J. Bourassa, Esq., and Trent L. Richards, Esq., of The Bourassa Law Group, in place of Armand Fried, Esq., as attorney for Defendant in this matter.

LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented. It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." The Discovery Plan and Scheduling Order (Dkt. #12) was entered August 19, 2013, which gives the parties until February 3, 2014, in which to complete discovery.

Accordingly,

**IT IS ORDERED:**

1. Defendant's request to substitute Mark J. Bourassa, Esq., and Trent L. Richards, Esq., of

The Bourassa Law Group, in place of Armand Fried, Esq. (Dkt. #16), is **GRANTED**, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 6th day of January, 2014.

_____
Peggy A. Leen
United States Magistrate Judge